UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
 Hoenings,

                                                ORDER OF DISMISSAL

         -v-                                      2003cv 6212(TCP)

Washington Mutual Inc.


--------------------------------------------------------X


      IT IS HEREBY ORDERED, having been advised by defense counsel on March 4, 2008 that the above case has settled, the case is dismissed. The parties are to file a stipulation of discontinuance as soon as possible.

      If settlement is not effected the Court will reopen the matter upon receipt of a written request.

      The Clerk of the Court is directed to mark this case closed.


                                                                         /s/
                                                                   Thomas C. Platt
                                                                  U.S. District Judge


Dated: Central Islip, NY
       May 20, 2008